<div style="text-align:center; color:red; font-size:2em;">**SEALED**</div>

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNSON, | No. 2:13-CV-02277-KJM-CKD |
| Plaintiff, | |
| v. | ORDER |
| WALMART STORES, INC., | |
| Defendant. | FILED UNDER SEAL |

Plaintiff relator moves to file this matter in camera, seal the matter and withhold issuance of summons. ECF No. 2. As provided under the Civil False Claims Act, the court grants the motion. 31 U.S.C. §§ 3730 *et seq.* ("The complaint shall be filed in camera, shall remain under seal for at least 60 days, and shall not be served on the defendant until the court so orders.") The motion is granted for an initial period of ninety (90) days from the date of this order, subject to plaintiff relator's renewed motion.

IT IS SO ORDERED.

DATED: November 6, 2013.

_____
UNITED STATES DISTRICT JUDGE

1