UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., et al,<br><br>Defendants. | No. 2:13-CV-02277 KJM CKD<br><br>**ORDER ON THE UNITED STATES' THIRD REQUEST FOR AN EXTENSION OF TIME TO DECIDE WHETHER TO INTERVENE AND EXTENSION OF THE SEAL ON THE *QUI TAM* COMPLAINT**<br><br>**FILED UNDER SEAL** |

On February 4, 2015, the United States made its third *ex parte* request under the False Claims Act, 31 U.S.C. § 3730(b)(3), to extend the time by six months for the United States to inform the court of their respective decisions on whether they will intervene in this action. ECF No. 9. No objections to this request were filed.

1

Upon consideration of the United States' *ex parte* application for an extension of the seal period and continuance of the scheduling conference, and for good cause shown, the court hereby rules as follows:

1. The United States and California shall have through and including August 4, 2015, to notify the court of their respective decisions on whether to intervene in this action.

2. The complaint and all other filings shall remain under seal until the United States notices its election, or until further order of this court.

3. In light of this lengthy extension, if the United States seeks a further extension again, it should provide a detailed explanation, which will be subject to this court's scrutiny. The explanation should detail what prejudice will result if the seal is lifted, and why the United States needs to evaluate defendants' respective positions before it can decide whether to intervene. *U.S. ex. rel. Costa v. Baker & Taylor, Inc*., 955 F. Supp. 1188, 1190-91 (N.D. Cal. 1997) (explaining that the public has an interest in open court records and the period during which the government may keep the complaint sealed was not intended to be indefinite).

IT IS SO ORDERED.

DATE: February 11, 2015.

_____
UNITED STATES DISTRICT JUDGE