UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex rel. JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., et al.,<br><br>Defendants. | No.  2:13-cv-2277 KJM-CKD<br><br><br><br>ORDER |

     Upon consideration of the United States' *ex parte* application for a partial lifting of the seal, ECF No. 12, and for good cause shown, the court orders that the United States may, at its option, disclose the existence of this *qui tam* action along with the allegations raised by relator, and provide a copy of the complaint and any subsequent amended complaints to defendant Wal-Mart Stores, Inc., as well as any additionally named defendants.  The complaint and all other filings shall remain under seal, except insofar as that seal has been partially lifted by this Court.

     IT IS SO ORDERED.

DATED: May 7, 2015.

_____
UNITED STATES DISTRICT JUDGE

1