BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Email: Kelli.L.Taylor@usdoj.gov

*Attorneys for the United States*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA *ex rel.* JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., *et al.*,<br><br>Defendants. | Case No. 2:13-cv-2277 KJM-CKD<br><br>**FILED UNDER SEAL**<br><br>ORDER RE *EX PARTE* APPLICATION AND MEMORANDUM FOR A FINAL, FOURTH EXTENSION OF TIME TO MAKE AN INTERVENTION DECISION |
|---|---|

Having considered the *Ex Parte* Application of the United States for an extension of time in which to make a decision regarding intervention in this *qui tam* action, and for good cause shown,

**IT IS HEREBY ORDERED** that the United States shall have until and including **DECEMBER 5, 2015,** within which to notify the Court of its decision regarding whether to intervene in this action.

**IT IS HEREBY FURTHER ORDERED** that this case, including the Complaint and all other filings, shall remain under seal until further order of this Court, unless the United States requests that the seal be lifted prior to that date.

**IT IS HEREBY FURTHER NOTED** that this is the final extension that the Court will approve.

**SO ORDERED.**

DATED: September 15, 2015.

_____
UNITED STATES DISTRICT JUDGE