MARK D. HOPSON
mhopson@sidley.com
GORDON D. TODD
gtodd@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Telephone:   +1-202-736-8000
Facsimile:   +1-202-736-8711

MCGREGOR W. SCOTT (State Bar No. 142413)
mcgregor.scott@orrick.com
RACHEL J. MUOIO (State Bar No. 278371)
rmuoio@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone   +1 916-447-9200
Facsimile   +1 916-329-4900

NANCY E. HARRIS (State Bar No. 197042)
nharris@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ADELINE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., et al.,<br><br>Defendants. | Case No.  2:13-cv-2277 KJM-CKD<br><br>**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT AND TO CONTINUE HEARING DATE**<br><br>Date: N/A<br>Time: N/A<br>Assigned to: Hon. Kimberly J. Mueller<br>Location: Courtroom 3, 15th Floor |

Wal-Mart Stores, Inc. ("Walmart") and Relator Adeline Johnson ("Relator") through their respective counsel of record, stipulate and agree, pursuant to Local Rule 144(a), to a ten (10) day extension of time for Walmart to respond to Relator's First Amended Complaint, from June 6, 2016, to June 16, 2016, and to continue the hearing scheduled for June 17, 2016.

In support of this stipulation, the parties state as follows:

1. Counsel for Walmart has conferred with counsel for Relator, and Relator consents to this extension of time and to a continuance of the hearing scheduled for June 17, 2016.

2. Relator filed her initial complaint in September 2013. It was unsealed in January 2016, and Walmart was served on April 7, 2016.

3. Walmart filed a motion to dismiss the complaint on April 27, 2016, and a hearing date was set for June 17, 2016.

4. On May 19, 2016, Relator filed a First Amended Complaint, which moots Walmart's pending motion to dismiss the original complaint. The First Amended Complaint is more than twice as long as the original complaint.

5. Walmart's response to the First Amended Complaint is currently due on June 6, 2016.

6. Walmart is still evaluating the First Amended Complaint but anticipates filing another motion to dismiss raising the same grounds for dismissal as in Walmart's original motion to dismiss as well as some new grounds.

7. The parties stipulate to a brief extension of time to allow Walmart to plan and coordinate its responsive pleading.

8. The parties stipulate to continue the hearing on June 17, 2016, until after a motion to dismiss the First Amended Complaint is fully briefed or until after Walmart files an Answer.

9. Counsel for relator has consented to both requests.

- 1 -

STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT AND TO CONTINUE HEARING DATE
2:13-CV-2277 KJM-CKD

THEREFORE, for the foregoing reasons, Walmart and Relator Adeline Johnson, through their respective counsel of record, stipulated and agreed, pursuant to Local Rule 144(a), to an extension of 10 days to respond to the Amended Complaint to June 17, 2016, and to continue the hearing scheduled for June 17, 2016.

Respectfully submitted,

Dated: May 25, 2016

By:  /s/ *Mark D. Hopson (as authorized on 4/27/16)*
MARK D. HOPSON
mhopson@sidley.com
GORDON D. TODD
gtodd@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Telephone:  +1-202-736-8000
Facsimile:  +1-202-736-8711


By:  /s/ *McGregor W. Scott*
MCGREGOR W. SCOTT (State Bar No. 142413)
mcgregor.scott@orrick.com
RACHEL J. MUOIO (State Bar No. 278371)
rmuoio@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL, SUITE 3000
Sacramento, CA 95814-4497
Telephone   +1 916-447-9200
Facsimile    +1 916-329-4900

NANCY E. HARRIS (State Bar No. 197042)
nharris@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:  +1-415-773-5700
Facsimile:  +1-415-773-5759

Attorneys for Defendant
WAL-MART STORES, INC.

1 | Dated May 25, 2016

2

3 | By:    */s/ Gregory Anderson Thyberg_(as authorized on May 24, 2016)*_____

4 | GREGORY ANDERSON THYBERG (State Bar No. 102132)
Thyberglaw

5 | 8777 Auburn Folsom Rd. #337
Granite Bay, CA 95746

6 | 916-204-9173
Email: greg@thyberglaw.com

7

8 | Attorney for Relator-Plaintiff
ADELINE JOHNSON

- 3 -

STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT AND TO CONTINUE HEARING DATE
2:13-CV-2277 KJM-CKD

**ORDER**

Pursuant to the stipulation, defendant's deadline to respond to plaintiff's First Amended Complaint is extended to June 16, 2016, and the hearing scheduled for June 17, 2016, is continued to July 21, 2016, at 2:30 p.m., with the filing of a Joint Status Report due seven days prior.

IT IS SO ORDERED

Dated:   June 2, 2016

_____
UNITED STATES DISTRICT JUDGE

- 4 -

STIPULATION AND PROPOSED ORDER
FOR EXTENSION OF TIME TO RESPOND
TO AMENDED COMPLAINT AND TO
CONTINUE HEARING DATE
2:13-cv-2277 KJM-CKD